UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-22399-Civ-COOKE/TORRES

ANGELA SAMUELS, ROSSANA TORRES,
DANIELLE STELLUTO, NATIONAL LOW
INCOME HOUSING COALITION, and
RIGHT TO THE CITY ALLIANCE,

    Plaintiffs,

vs.

FEDERAL HOUSING FINANCE AGENCY
and EDWARD DeMARCO, Acting Director,

    Defendants.

_____/

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Granting Defendants' Motion to Dismiss the First Amended Complaint (ECF No. 85), **JUDGMENT** is hereby entered, dismissing this action in its entirety, in favor of Defendants Federal Housing Finance Agency and Edward DeMarco, and against Plaintiffs Angela Samuels, Rossana Torres, Danielle Stelluto, National Low Income Housing Coalition, and Right to the City Alliance.

The Clerk of Court shall **CLOSE** this case. All remaining motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, Miami, Florida, this 29th day of September 2014.

                                        MARCIA G. COOKE
                                        United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*